UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

TERRY LEE SHINABERRY,                                )
                                                                         )
                                 Plaintiff,                          )
                                                                         )          **JUDGMENT IN A**
                                                                         )          **CIVIL CASE**
v.                                                                       )          **CASE NO. 2:17-CV-7-D**
                                                                         )
TOWN OF MURFREESBORO, N.C., BOBBIE       )
J. BARMER, MICHAEL P. HINTON, REVELLE      )
& LEE, LLP, HERTFORD COUNTY, N.C.,              )
GUILFORD COUNTY, N.C., HERTFORD              )
COUNTY SHERIFF'S OFFICE, HUMANE            )
SOCIETY OF THE UNITED STATES, and            )
JOANN JONES,                                                   )
                                                                         )
                                 Defendants.                     )

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on October 17, 2017, Plaintiff filed an Amended Complaint removing Guilford County as a defendant.

IT IS FURTHER ORDERED, AND DECREED that on April 16, 2018 the court GRANTED the motions to dismiss [D.E. 60, 63], and DISMISSED the Town of Murfreesboro and the Humane Society of the United States as defendants, and DISMISSED plaintiff's negligent infliction of emotional distress claim and civil conspiracy claim against all defendants.

IT IS FURTHER ORDERED that the court GRANTS defendants' motion for summary judgment [D.E. 90].

**This Judgment Filed and Entered on October 23, 2019, and Copies To:**

| | |
|---|---|
| Robert Lewis, Jr. | (via CM/ECF electronic notification) |
| Dan McCord Hartzog, Jr. | (via CM/ECF electronic notification) |
| Katherine Barber-Jones | (via CM/ECF electronic notification) |
| Sonny S. Haynes | (via CM/ECF electronic notification) |
| Camilla Frances DeBoard | (via CM/ECF electronic notification) |
| Kenneth B. Rotenstreich | (via CM/ECF electronic notification) |

DATE:                                              PETER A. MOORE, JR., CLERK

October 23, 2019                              (By)  _/s/ Nicole Sellers_____

                                                          Deputy Clerk